Robert DITCH, Respondent,

v.

**STUPP BROTHERS BRIDGE AND IRON COMPANY and Home Insurance Company, Appellants.**

No. 58853.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 23, 1991.

David S. Ware, James B. Snyder, Evans & Dixon, St. Louis, for appellants.

Morris B. Kessler, St. Louis, for respondent.

ORDER

PER CURIAM.

This is an appeal from an award by the Labor and Industrial Relations Commission in a worker's compensation case. Parties have been provided with a statement in support of this order. Award of the Commission is affirmed. Claimant's motion for damages for frivolous appeal is denied.